UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

RICHARD WYMAN, SPENCER WYMAN,
NATHAN WARMAN, and all others
similarly situated under 29 U.S.C. §216(b)

    Plaintiffs,

vs.

GLASSFRONTS SYSTEMS, LLC,
a Florida For-Profit Corporation,
JASON WILLIAMS, individually, and
RICHARD WILLIAMS, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants, GLASSFRONTS SYSTEMS, LLC, JASON WILLIAMS, and RICHARD WILLIAMS (collectively "Defendants"), hereby give notice of the removal of this civil action from the Circuit Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to the United States District Court of the Southern District of Florida.  Defendants deny the allegations set forth in the Complaint and file this Notice of Removal without waiving any defenses, exceptions, or obligations that may exist in its favor in State or Federal Court.

    In support of this Notice of Removal, Defendants respectfully state as follows:

    1.    On or around August 13, 2025, Plaintiffs, RICHARD WYMAN, SPENCER WYMAN, and NATHAN WARMAN, filed a Complaint in the Circuit Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Case No. 50-2025-CC-012778-XXXA-

1

MB, against Defendants. As of the date this Notice of Removal was filed, the action remains pending in state court.

2. On September 9, 2025, Plaintiffs served the Summonses and Complaint on Defendants electronically with the authorization of an Order Granting Plaintiffs' Motion for Alternate Service issued by the State Court, and therefore, this Notice of Removal is timely pursuant to 28 U.S.C. §1446(b)(1).

3. Pursuant to 28 U.S.C. §1446(a), a copy of the Civil Cover Sheet is included attached hereto as **"Exhibit A."** Likewise, copies of the Summonses and the Complaint served on Defendants are attached hereto as **"Composite Exhibit B."**

4. This Notice of Removal is filed within thirty (30) days after receipt by Defendants through service of the Summonses and Complaint, and this Notice is therefore timely filed under 28 U.S.C. §1446(b).

5. This Court has original jurisdiction over the Civil Action pursuant to 28 U.S.C. §§1331 and 1441.

6. More specifically, this Civil Action is within the Federal Question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, which vests the Federal District Courts with original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. In this regard, Plaintiffs' claims against Defendants in Counts I through III of the Complaint are for alleged overtime wages and other relief under the Fair Labor Standards Act (FLSA), 29 U.S.C. §216(b).

7. For the foregoing reasons, this Court has original jurisdiction of this Civil Action pursuant to 28 U.S.C. §1331. Accordingly, this action is properly removable pursuant to 28 U.S.C. §1441(a) & (c)(1)(A).

8. Defendants will also file a Notice of Filing Notice of Removal with the Clerk of the Circuit Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. There are no motions pending in State Court at the time of this removal.

WHEREFORE, pursuant to 28 U.S.C. §1441 and in conformity with the requirements set forth in 28 U.S.C. § 1446, Defendants, GLASSFRONTS SYSTEMS, LLC, JASON WILLIAMS, and RICHARD WILLIAMS, respectfully request that the Civil Action be removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and that this Court assume full and complete jurisdiction thereof.

Dated:  September 26, 2025                    Respectfully submitted,

<u>s/KEITH M. STERN</u>
Keith M. Stern, Esquire
Florida Bar No. 321000
E-mail:  employlaw@keithstern.com
LAW OFFICE OF KEITH M. STERN, P.A.
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130
Telephone:  (305) 901-1379
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via e-mail.

<u>s/KEITH M. STERN</u>
Keith M. Stern

**SERVICE LIST**
**Richard Wyman et al. v. Glassfronts Systems, LLC et al.**
**United States District Court for the Southern District of Florida**

J. Freddy Perera, Esquire
Florida Bar No. 93625
E-mail:  freddy@pba-law.com

Brody M. Shulman, Esquire
Florida Bar No. 092044
E-mail: brody@pba-law.com
PERERA LAW GROUP, P.A.
12555 Orange Drive #4107
Davie, Florida 33330
Telephone: 786-485-5232
Attorneys for Plaintiffs